Thomas Smith
PLANTIFF vs
~~State~~
Judge Vasquez

1398642

83,064
-04

COURT OF CRIMINAL
APPEAL OF TEXAS

This document contains some
pages that are of poor quality
at the time of imaging.

MOTION FOR LEAVE

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 03 2015

Abel Acosta, Clerk

To the COURT OF CRIMINAL APPEAL OF TEXAS COME NOW THOMAS Smith IN the ABOVE STYLE NUMBER ASKiNg AN PRAYING FOR PERMISSION OF WRit OF MANDAMUS IN A MOTION STYLE.

CONCERNiNG MY MOTION OF RECUSAL AN IN SAME COURT 183RD MY ENHANCE MENt Void ILLEGAL SENTENCE IN the SAME COURT WHICH IS PASS dUE TR 505112 — WR-83,064-02 PLANTiFF do NOT HAVE ACCESS to ANY LAW BOOKS TO TEX CodE VERNON ANNOtAted that LAYS

Out the ACtUAL STYLing FOR WRit OF MANDAMUS PLANTiFF IS NOt ALLowed to AttEND LAW LibRARY bEiNg IN POPULATION. LAW LibRARY WiLL NOt ISSUE PLANtiFF the ORigiNAL APPLICATION WRit OF MANdAMUS ORdER NOt to give INMATE ShERiFF RON HickMAN.

PRAYING YOUR hONOR FOR RELiEF FROM this PAIN ~~FOR~~ FROM JUdgE MisCONdUCt ACCEpt MY WRit OF MANdAMUS IN A MOTION STYLE.

Therefore, Plantiff Respectfully REQUEST the Styling of his Writ of Mandamus be Accept to the Honorable Judge of the Court of Appeal as Presented

Wherefore, Premises Consider Realator PRAY that the Court would GRANt this motion for LEAVE IN ALL thing.

Respectfully
Thomas Smith

DATE

Thomas Smith
PLANTIFF

Judge Vasques
DEFENDANT

1398641
CAUSE

IN THE 183RD
Judicial District
Harris County Texas

## Writ of Mandamus

ON this the ___ day of ___ 2015 IN THE 183RD Judicial District Court of HARRIS County, TEXAS IN A Suit ___ this court found That Judge Vasques of Harris County court 183RD had fail to RECUSE herself denying the Motion To Recuse of Requesting Presiding Judge to Assign Motion to Recuse to ANOTHER Judge or to Recuse her self VTCA Goverment code SS 74 059(c)(3).

Vernon Ann Texas Rules Civ Proc. Rule (18) EVEN though A Motion to RECUSE OR Refer the Motion So that Another Judge CAN determine the PROCEDURAL Adequacy And merit of motion to Recuse, This is the Proper course of Action Regardless of the Sufficiency of the grounds for Recusal VTCA Goverment code § § 2500255 74059.(c)(3). Judge Vasques she was precluded from taken Any further Action other than issueng An order of Recusal herself. ON July 28 2015 was Reset

For Motion To Recusal had been File on A timely Matter of Law Require July 5 2015 It was file.

(1)

Judge Vasques refuse to recusal her-self show Impartiality an Participated in the Tex Code of Crim Procedure PEN 37.09 by Prosecutor and Investigator to alter and Fabri-cate Doctor document an Court Appionted (Attorney)

After (16) six-teen mounths of being with Plantiff resigned and destroyed evidence related to cause 1398642. Fabricated Public Servant written state--ment of offense, with intent to affect the course of the out come of cause 1398642. Spector v State 746 S.W.2d 945, 946 (Tex Crim Austin 1988) William v State 270 S.W.3d 140, 144 (Tex Crim App 2008)

Being bias Fabricated document with Attorney Judge Vasques whom Provided In effected Assistance of Counsel Participated. Knowingly with Judge Vasqu In covering up for State. Plantiff writ of Habeas Corpus in district Court 183rd Attorney namely Ricardo Gonzalez where Void Illegal sentence was commited

TR CT No 505112 WR-83,064-02 In District Court 183rd Is Pass due of meeting dead-line as Regire of Texas Code of Crim Procedure. Brought fourth Document that has Nothing to do with the Proceeding State Proposed finding offact conclusion of Law and Order Is Pass due as of this July 29, 2015.

(2)

TR CT No 50512-WR-83 064-02 Viod

Ilegal Sentence In March 13 2014 Judge Mandza
Granted Speedy Trial. Reset Pretrial Motion was March
13-2015 According Reset document Plantif have been
After Speedy Trial had been Granted went

To Court on 4-4-14 - 5-23-14 And 6-19-2014 No trial
4-27-15 Prosecutrial misconduct was In process by
State In transfering from 178th to district court 183Rd
Appearing before Judge Vasques She was told about
the misconduct on Jan 27-2015 That MabONCKEN who
had Resign on -1-27-15 An Destroyed Photos Evidence
of Cause 1398642 Show bias

July 28 2015 Judge Vasques quoted that She denied
the motion to Recusal. Quoted told my Attorney to
Hurry Up And find the Witness which Is Plantiff
family member whom gave statement At thier Home
Judge Vasques Is doing Everything to Prolong
Speedy Trial out of Prejudice.

Judge Vasques has continue to Allow State to
Incounter Brady v Maryland In Suppression or taken
fury And Adding Exculpatory to An Accuse Is
Violation (144) of due process. There Is No correct—
—ness

(3)

Judge Vasques And State Plotted dePrive of Protecting Plantiff Constitutional Rights 14th And 6th Constitutional Rights to Speedy Trial being Bias

Therefore this court order you to — — — — —

(4)

YOU ARE FURther ORDER to RETURN beFORE this court ON Judge of RETURN court of Criminal APPEAL of Texas P. O. Box 12308 Capitol Station Austin Texas 78711 Stating How you Executed or what you hAVE doNE IN ComplIANCE with this writ MANdAmus.

DATE _____

ENtERed